1  SHAUN SETAREH, Bar No. 204514
   THOMAS SEGAL, Bar No. 222791
2  FARRAH GRANT Bar No. 293898
   SETAREH LAW GROUP
3  315 South Beverly Drive, Suite 315
   Beverly Hills, CA 90212
4  Telephone:   310.888.7771
   Fax No.:     310.888.0109
5
   Attorneys for Plaintiff
6  FRANCISCO FIGUEROA

7  MARLENE S. MURACO, Bar No. 154240
   LINDA NGUYEN BOLLINGER, Bar No. 289515
8  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 7th Floor
9  San Jose, CA  95113-2434
   Telephone:   408.998.4150
10 Fax No.:     408.288.5686

11 Attorneys for Defendant
   DELTA GALIL USA, INC.
12
   LONNIE D. GIAMELA
13 FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
14 Los Angeles, CA 90071
   213.330.4500
15 213.330-4501

16
   Attorneys for Defendant V.F. CORPORATION
17
                    **UNITED STATES DISTRICT COURT**
18
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19

| FRANCISCO FIGUEROA, on behalf of himself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DELTA GALIL USA, INC., a Delaware corporation; PENNSYLVANIA V.F. CORPORATION, a Pennsylvania corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:18-cv-07796-RS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br>**AS MODIFIED BY THE COURT**<br><br>Action Filed:      June 13, 2017<br>Action Removed:  December 28, 2018<br>Date:              Not Set |
|---|---|

Case No. 3:18-cv-07796-RS

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO CONTINUE BRIEFING SCHEDULE

**ORDER**

Having considered the Stipulation between counsel for Plaintiff Francisco Figueroa, ("Plaintiff") and Defendants Delta Galil USA, Inc. and Pennsylvania V.F. Corporation ("Defendants") and good cause appearing therefor, this Court hereby grants the joint stipulation to continue the briefing schedule on Defendant Pennsylvania VF Corporation's pending motion to compel arbitration and motion for summary judgment and Plaintiff's pending motion for class certification. The Court hereby ORDERS:

- On or before December 18, 2020, Plaintiff will file his oppositions to the motion to compel arbitration and the motion for summary judgment.
- On or before December 30, 2020, Defendant Pennsylvania VF Corporation will file its replies in support of the motion to compel arbitration and the motion for summary judgment.
- On or before December 24, 2020, Defendants will file their opposition to the motion for class certification.
- Both motions shall be heard on February 4, 2021, rather than the previously set date of January 14, 2021.

IT IS SO ORDERED.

DATED: November 30, 2020

_____
HONORABLE RICHARD SEEBORG