UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FIGUEROA,<br><br>    Plaintiff,<br><br>    v.<br><br>DELTA GALIL USA, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-07796-RS<br><br>**ORDER TO SHOW CAUSE** |

In May of 2023, Plaintiff Francisco Figueroa represented to the Court that all parties had reached a settlement. Plaintiff stated that the parties would file a motion for preliminary approval of a class action settlement by June 8, 2023, which they have failed to do. In view of this prior representation, Plaintiff shall file a motion for preliminary settlement approval within 20 days of the date of this order or shall show cause why the action should not be dismissed for lack of prosecution.  In the event Plaintiff does not timely respond, the case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
RICHARD SEEBORG
Chief United States District Judge